**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7543**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SAVINO BRAXTON,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge. (1:09-cr-00478-JKB-1)

Submitted: February 17, 2022                    Decided: February 23, 2022

Before AGEE and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Savino Braxton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Savino Braxton appeals the district court's order denying his motion to reconsider the court's prior order granting in part his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. Though the court previously reduced Braxton's prison sentence from 246 months to 168 months, Braxton's reconsideration motion sought an even greater reduction based on new factual developments. Upon review of the record, we discern no abuse of discretion in the district court's determination that reconsideration was not warranted. *See United States v. Kibble*, 992 F.3d 326, 329-31 (4th Cir.) (providing standard of review and outlining steps for evaluating compassionate release motions), *cert. denied*, 142 S. Ct. 383 (2021).

Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*